CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 19 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL A. LOVINGS, | ) | Civil Action No. 7:14-cv-00359 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RANDALL C. MATHENA, <u>et al.</u>, | ) | By:   Hon. Jackson L. Kiser |
|     Defendants. | ) |         Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motion for a protective order is **GRANTED**; Plaintiff's motion to compel is **DENIED**; Defendants' motions for summary judgment are **GRANTED**; and the action is **STRIKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

ENTER: This 19th day of June, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge